IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DIVINE SHAKIM WHEELER,               )
                                     )
            Plaintiff,               )
                                     )
    v.                               )      1:25-cv-214
                                     )
                                     )
ALBERT KING,                         )
                                     )
            Defendant.               )

### ORDER

On April 1, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted, but **WITHOUT PREJUDICE** to Plaintiff pursuing any claim based on a loss of property in the state courts and **WITHOUT PREJUDICE** to Plaintiff amending his Complaint if he can state a proper claim

for relief regarding any alleged substantial burden on his religious practices.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 29th day of April, 2025.

                                          /s/ William L. Osteen, Jr.
                                          United States District Judge